Alex R. Straus, Esq., CA Bar No.: 321366
astraus@milberg.com
*Attorney for Plaintiff*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive, Penthouse, Beverly Hills, CA 90212
Tel.: (919) 600-5000 / Fax: (919) 600-5035

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SERIES 15-09-321, a Delaware entity,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**FARMERS INSURANCE EXCHANGE;**<br>**MIDCENTURY INSURANCE COMPANY;**<br>**FOREMOST INSURANCE COMPANY**<br>**GRAND RAPIDS, MICHIGAN;**<br>**FARMERS INSURANCE COMPANY, INC.**<br>**and FARMERS INSURANCE COMPANY**<br>**OF WASHINGTON**<br><br>　　　Defendants. | Case No.: 2:23-cv-08684 – MEMF-AS |

**CORPORATE DISCLOSURE STATEMENT/CERTIFICATE OF**

**INTERESTED PERSONS**

Plaintiff, SERIES 15-09-321 (a designated series of MSP Recovery Series, LLC) by and through its undersigned counsel, submit this Corporate Disclosure Statement and Certificate of Interested Persons in attention to the Court's Notice issued on October 18 2023 [ECF No.: 7] and pursuant to Federal Rule of Civil Procedure 7.1. and Local Rule 7.1-1:

**1) Series 15-09-321, a designated series of MSP Recovery Claims, Series LLC**, a Delaware series limited liability company

1.1. Subrogation Holdings, LLC, a Delaware limited liability company, is the sole member of Plaintiff, Series 15-09-321, a designated series of MSP Recovery Claims, Series LLC.

The sole member of Subrogation Holdings, LLC is MSP Recovery, LLC, a Florida limited liability company.

1.2. MSP Recovery, LLC's parent company is Lionheart II Holdings, LLC

1.3. Lionheart II Holdings, LLC's parent company is MSP Recovery, Inc. d/b/a LifeWallet, a publicly traded Delaware corporation, which owns 10% or more of the membership interest of Lionheart II Holdings, LLC.

Except as stated above, there is no publicly held corporation that owns 10% or more of the stock of the entities listed above.

Dated: October 18, 2023

Respectfully Submitted:

/s/ Alex R. Straus
Alex R. Straus, Esq.
CA Bar No.: 321366
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel.: (919) 600-5000
Fax: (919) 600-5035
Primary Email: astraus@milberg.com
Secondary Email: ralves@milberg.com