# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIES 15-09-321, a Delaware entity,<br><br>     Plaintiff,<br><br>     vs.<br><br>FARMERS INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; 21st CENTURY CENTENNIAL INSURANCE COMPANY; FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN; FARMERS INSURANCE COMPANY, INC.; FARMERS INSURANCE COMPANY OF WASHINGTON; FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY; FARMERS INSURANCE COMPANY OF OREGON; and FARMERS INSURANCE COMPANY OF ARIZONA,<br><br>     Defendants. | Case No. 2:23-cv-08684-KK-AS<br><br>Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3<br><br>**JUDGMENT** |

**JUDGMENT**

This action came on for resolution without oral argument before the Court, on April 28, 2026, Hon. Kenly Kiya Kato, United States District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff Series 15-09-321 take nothing, that the action be dismissed on the merits, and that defendants Farmers Insurance Exchange, Mid-Century Insurance Company, 21st Century Centennial Insurance Company, Foremost Insurance Company Grand Rapids, Michigan, Farmers Insurance Company, Inc., Farmers Insurance Company of Washington, Farmers Texas County Mutual Insurance Company, Farmers Insurance Company of Oregon, and Farmers Insurance Company of Arizona are entitled to recover their costs incurred herein.

DATED: May 1, 2026

United States District Court Judge
Hon. Kenly Kiya Kato